```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08386
   BRIAN M BURKETT
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-0773


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/08/07 .

   2.  The case was dismissed without confirmation, 09/21/2007.

--------------------------------------------------------------------------------
                                                 INTEREST        PRINCIPAL
CREDITOR NAME              CLASS       CLAIM AMOUNT  PAID           PAID
--------------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M CURRENT MORTG       .00          .00            .00
BENEFICIAL ILLINOIS      UNSECURED     NOT FILED         .00            .00
CREDIT COLLECTION SVC    UNSECURED     NOT FILED         .00            .00
SEARS BKRUPTCY RCVRY MGM UNSECURED     NOT FILED         .00            .00
FNANB VISA               UNSECURED     NOT FILED         .00            .00
TAYLOR BEAN & WHITAKER M MORTGAGE ARRE NOT FILED         .00            .00
       Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00        .00           .00
PRINCIPAL PAID          .00         .00         .00        .00           .00
INTEREST PAID           .00         .00         .00        .00           .00
TOTAL PAID              .00         .00         .00        .00           .00
The Debtor's attorney, JOHN C DENT             , was allowed $     3460.00
and was paid $     1.00  direct and $      .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/19/07              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 07 B 08386 BRIAN M BURKETT
```